# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel: (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

February 4, 2019
Invoice #: 0001

Li Da Sun

For professional Services rendered through the period ending February 4, 2019:

000648-00001
General

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| 9/14/17 | J. Hang | Meeting with client re filing of lawsuit; draft, finalize, and file complaint in U.S. District Court, Eastern District via ECF; serve complaint to Defendants. | 2.0 | |
| 9/17/17 | J. Hang | Prepare draft complaint | 3.8 | |
| 9/20/17 | J. Hang | Revise, finalize and file complaint. | 1.5 | |
| 9/29/17 | L. Zhu | Conducted damage calculation | 3.0 | |
| 2/26/18 | L. Zhu | Draft and send initial disclsoure | 0.6 | |
| 2/28/18 | L. Zhu | Attend intial conference (travel time included) | 3.0 | |
| 3/21/18 | K. Liu | Draft and serve Plaintiff's first set of interrogatories and first set of request for production of documents | 3.5 | |
| 4/6/18 | K. Liu | Communicate with opposign counsel re joint status letter; draft and file joint status report. | 1.0 | |
| 5/7/18 | K. Liu | Draft first motion to compel discovery responses | 1.8 | |
| 8/13/18 | K. Liu | Communicate with defendant's counsel; Draft and fileconsent motion for extension of time to complete discovery | 1.2 | |
| 11/19/18 | K. Liu | Draft ex-parte mediation statement | 1.1 | |
| 11/21/18 | X. Liu | Attend mediation | 4.0 | |
| 1/17/19 | K. Liu | Draft settlement agremeent; negotiate specific provisions in the agreement. | 3.8 | |
| 1/28/19 | K. Liu | Draft motion for judicial approval | 3.0 | |
| 2/4/19 | X. Liu | Cheeks hearing before Judge Mann | 0.5 | |

**ATTRONEY/PARALEGAL SUMMARY**

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **J. Hang** | **7.3** | 350 | $2,555 |
| **K. Liu** | **15.4** | 325 | $5,005 |
| **L. Zhu** | **6.6** | 275 | $1,815 |
| **X. Liu** | **4.5** | 275 | $1,237.50 |
| **Total** | **33.8** | | $10,612.50 |

**HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

February 4, 2019
Invoice #: 0003

Li Da Sun

**CONFIDENTIAL**

**Filing fees, process service and mediator expense: $950.00**

**Filing Fee: $400.00**

**Medaition Fee: $550.00**

